1    WO

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9    Gayla Davis and Rodney Davis,              No. CV-17-08154-PCT-JAT

10                  Plaintiffss,                 **ORDER**

11   v.

12   Aramark Corporation and Aramark Sports
     and Entertainment Services LLC,
13
14                  Defendants.

15          "Inquiring whether the court has jurisdiction is a federal judge's first duty in every

16   case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693

17   (7th Cir. 2003). Here, Defendants removed the case based on diversity but failed to plead

18   the citizenship of the limited liability company as required by *Johnson v. Columbia*

19   *Properties Anchorage,* 437 F.3d 894, 899 (9th Cir. 2006).

20          **IT IS ORDERED** that by August 29, 2017, Defendants shall file a supplement to

21   the notice of removal properly alleging federal subject matter jurisdiction or this case will

22   be remanded to state court.[1]

23          Dated this 25th day of August, 2017.

24

25                                              _____

26   _____                      James A. Teilborg
                                                 Senior United States District Judge
27          [1] This is at least the second case in which counsel Johnson and Staudinger have
     removed a case without making a good faith effort to correctly plead jurisdiction. *See*
28   CV 16-3101-PHX-JAT (Doc. 11). In the future the Court will consider remanding the
     case without warning if counsel fails to allege jurisdiction in the notice of removal itself.