WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gayla Davis and Rodney Davis, | No. CV-17-08154-PCT-JAT |
| Plaintiffs, | **ORDER** |
| v. | |
| Aramark Corporation and Aramark Sports and Entertainment Services LLC, | |
| Defendants. | |

**IT IS ORDERED** that, the Court has reviewed the supplement to the notice of removal (Doc. 14) and finds jurisdiction to have been alleged. Thus, the Court will take no further action regarding jurisdiction, without prejudice to Plaintiffs raising any jurisdictional issues they deem appropriate.

Dated this 28th day of August, 2017.

James A. Teilborg
Senior United States District Judge